UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Brignett A. Gray  Docket No. 5:15-MJ-1396-1

## Petition for Action on Probation

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Brignett A. Gray, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on May 4, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 20, 2016, the defendant was charged in Bladen County, NC, with the offense of Driving While License Revoked (16CR704092). Additionally, on November 1, 2016, the defendant was charged in Harnett County, NC, with the offense of Driving While License Revoked (16CR709063). The defendant admits to driving without a valid license. She has been verbally reprimanded and instructed not to drive until properly licensed. As a sanction for this conduct, we are recommending that the defendant be required to serve three days in jail.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Marla Bianco
Marla Bianco
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910.354.2535
Executed On: November 04, 2016

### ORDER OF THE COURT

Considered and ordered this 7th day of November, 2016, and ordered filed and made a part of the records in the above case.

/s/ Kimberly A. Swank
Kimberly A. Swank
U.S. Magistrate Judge